IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY D. GIFFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:12-0959 |
| | ) JUDGE CAMPBELL/KNOWLES |
| | ) |
| DARON HALL, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

This matter is before the Court upon the pro se prisoner Plaintiff's "Motion to Request Petition for Video of Incident." Docket No. 20. Plaintiff, who is an inmate in the custody of the Davidson County Sheriff's Office, claims the Defendants assaulted him August 8, 2012, through August 9, 2012. Docket No. 1.

The instant Motion states in relevant part as follows:

> I The Plaintiff humbly ask this honorable Court to assist me with Legal Aid by helping me to obtain the Video footage that I need to help me in my Civil Matters.

Docket No. 20, p. 1.

Plaintiff is advised that the Court cannot assist either party in a lawsuit. Moreover, the Federal Rules of Civil Procedure provide appropriate procedures for Plaintiff to seek discovery from Defendants.

For the foregoing reasons, the instant Motion (Docket No. 20) is DENIED.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge