IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TIMOTHY D. GIFFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:12-cv-959 |
| v. ) | |
| ) | Judge Campbell |
| JEREMI SNIPES, CLARK ) | Magistrate Judge Knowles |
| SARGENT, DARON HALL, ) | |
| WILLIAM GISE, LATESIA ) | |
| APPLETON, DAN WEIKAL, ) | |
| JAMIE JOHNSON, and C/O ) | |
| "HUNT" , ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION**

Defendants Jeremi Snipes, Clark Sargent, and Latesia Appleton move, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, for leave to schedule Plaintiff's deposition.[1] The deposition will be taken at the Metro-Davidson County Detention Center, 5115 Harding, Place, Nashville, Tennessee 37211 assuming Plaintiff is still housed at that facility at the time of the deposition. Undersigned counsel will work with facility administrators to set the deposition on July 3, 2013 at 10:00 A.M., or, in the event that a conflict arises, at a date and time yet to be determined but prior to the discovery deadline in this case, which is July 8, 2013.

---

[1] On May 7, 2013, the above Defendants, as well as Defendants Jamie Johnson and Dan Weikal, filed a Motion to Stay Proceedings until the conclusion of Plaintiff's criminal trial related to this case. Defendants concede that the present motion will be moot should the Court grant Defendants' stay motion.