IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TIMOTHY D. GIFFORD )
)
v. ) NO. 3-12-0959[1]
) JUDGE CAMPBELL
DARON HALL, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 43), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss (Docket No. 36) filed by Defendants Weikal and Johnson is GRANTED, and Plaintiff's claims against them are DISMISSED.

Also pending before the Court is Defendants' Motion to Stay Proceedings (Docket No. 39). Defendants ask the Court to stay this action pending a related criminal action against the Plaintiff herein, arising from the same incident in the Davidson County Criminal Justice Center.

The Court finds that, because the issues in the criminal case overlap with those presented herein, it is in the best interest of the parties, the Court and the public that the criminal case be resolved first.

Accordingly, Defendants' Motion to Stay Proceedings (Docket No. 39) is GRANTED, and this action is STAYED, pending resolution of Plaintiff's related criminal case and further Order of the Court. The parties shall notify the Court promptly when the criminal case is resolved and, in any

---

[1] This case has been consolidated with Case No. 3-12-cv-1066.

event, shall file with the Court by November 1, 2013, a Status Report as to the status of the criminal case.

The Clerk is directed to close this case administratively, pending further Order of the Court. Any other pending Motions are denied as moot at this time.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE