IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| TIMOTHY D. GIFFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:12-cv-959 |
| v. | ) | |
| | ) | Judge Campbell |
| JEREMI SNIPES, CLARK SARGENT, DARON HALL, WILLIAM GISE, LATESIA APPLETON, and C/O "HUNT," | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

## SECOND MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION

Defendants Jeremi Snipes, Clark Sargent, and Latesia Appleton move, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, for leave to schedule Plaintiff's deposition.[1] The deposition will be taken at the Metro-Davidson County Detention Facility at 5115 Harding Place, Nashville, Tennessee 37211 assuming Plaintiff is still housed at that facility at the time of the deposition. Undersigned counsel will work with facility administrators to set the deposition on May 20, 2014 at 10:00 A.M., or, in the event that a conflict arises, at a date and time yet to be determined but prior to the discovery deadline in this case, which is October 16, 2014.

---

[1] Defendants were granted leave to take Plaintiff's deposition on June 13, 2013 (DE #50), but case proceedings were stayed by the Court (DE #51) before the deposition was taken.