# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY D. GIFFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. 3:12-0959 |
| vs. ) | JUDGE CAMPBELL/KNOWLES |
| ) | |
| ) | |
| JEREMI SNIPES, CLARK ) | |
| SARGENT, DARON HALL, ) | |
| WILLIAM GISE, LATESIA ) | |
| APPLETON, and C/O "HUNT," ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court upon the pro se prisoner Plaintiff's "Motion to Stay Proceedings." Docket No. 72. Plaintiff essentially states that he is scheduled to be released on July 14, 2014, and he would like to seek counsel upon his release.

Several Defendants have filed a Response in Opposition to the Motion. Docket No. 73. These Defendants oppose a stay of all proceedings, but they recognize that Plaintiff has a deadline of July 9, 2014, in which to respond to their Motion for Judgment on the Pleadings (Docket No. 70). Defendants state that they do not object to a reasonable extension of that response deadline, "even up to one month . . . ." Docket No. 73, p. 1.

The Court agrees that the fact that Plaintiff is about to be released and that he wishes to look for a lawyer is not a sufficient ground to stay the entire case. Therefore, the instant Motion is DENIED.

Plaintiff is, however, granted additional time, to and including August 11, 2014, in which

to respond to the pending Motion for Judgment on the Pleadings.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge